| | |
|---|---|
| Bruce J. Wecker (SBN 078530)<br>Christopher L. Lebsock (SBN 184546)<br>**HAUSFELD LLP**<br>44 Montgomery St. Suite 3400<br>San Francisco, CA 94104<br>Tel: (415) 633 – 1908<br>Fax: (415) 358 – 4980<br>bwecker@hausfeldllp.com<br>clebsock@hausfeldllp.com<br>ROBERT J. YORIO (SBN 93178)<br>**CARR & FERREL LLP**<br>120 Constitution Drive<br>Menlo Park, CA 94025<br>Tel: (650) 812 – 3400<br>Fax: (65) 812 – 3444<br>Attorneys for Plaintiff,<br>Dominion Assets LLC | Joseph R. Re (Bar No. 134479)<br>Stephen C. Jensen (Bar No. 149894)<br>Irfan A. Lateef (Bar No. 204004)<br>Brian C. Claassen (Bar No. 253627)<br>**KNOBBE, MARTENS, OLSON**<br>  **& BEAR, LLP**<br>2040 Main Street,<br>Fourteenth Floor<br>Irvine, CA 92614<br>Phone: (949) 760-0404<br>Facsimile: (949) 760-9502<br>joseph.re@knobbe.com<br>stephen.jensen@knobbe.com<br>irfan.lateef@knobbe.com<br>brian.claassen@knobbe.com<br><br>Attorneys for Defendants, Masimo<br>Corporation and Cercacor Laboratories, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINION ASSETS LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>MASIMO CORPORATION, a Delaware corporation, and CERCACOR LABORATORIES, INC., a Delaware corporation;<br>            Defendants. | Case No.: 5:14-cv-03002 BLF (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE TO OCTOBER 30, 2014**<br><br>Hearing:  Case Management Conference<br><br>Judge:     Beth Labson Freeman<br><br>Date:       September 18, 2014<br><br>Time:      1:30 pm |

1. This Court has set a Case Management Conference for Thursday September 18, 2014 in a Court Notice dated July 25, 2014. Pursuant to Judge Freeman's Standing Case Management Order and Civil L.R. 16-2(e), the parties, Plaintiff Dominion Assets LLC ("Plaintiff") and Defendants Masimo Corporation and Cercacor Laboratories, Inc. ("Defendants"), through their respective attorneys of record, hereby agree and stipulate to respectfully request this Court to reschedule the Case Management Conference from Thursday, September 18, 2014 to Thursday, October 30, 2014.

2. The Parties have been cooperating regarding the case management statement, alternative dispute resolution, and identifying the issues remaining in the case.

3. Defendants' primary counsel, undersigned, recently learned that his assistance is required at a jury trial starting next week in the case styled *Masimo Corp. v. Philips Elecs. North America Corp. et al.*, Case No. 1:09-CV-00080-LPS pending in the District of Delaware.

4. Plaintiff does not oppose an extension of the schedule to accommodate Defendants' trial schedule.

/ / /

/ / /

/ / /

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE   -1-   Case No. 5:14cv03002 BLF (MEJ)

Pursuant to Civil L. R. 6-2 and 7-12, the parties hereby stipulate and move the Court for an Order extending the Case Management Conference to Thursday, October 30, 2014.

Respectfully submitted,

**HAUSFELD LLP**

Dated: September 12, 2014    By: */s/ Bruce J. Wecker*
Bruce J. Wecker, Esq.
Christopher L. Lebsock, Esq.
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile (415) 358-4980
bwecker@hausfeldllp.com
clebsock@hausfeldllp.com

Attorneys for Plaintiff Dominion Assets LLC

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: September 12, 2014    By: */s/ Irfan A. Lateef*
Joseph R. Re
Stephen C. Jensen
Irfan A. Lateef
Brian C. Claassen
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
joseph.re@kmob.com
stephen.jensen@kmob.com
irfan.lateef@kmob.com
brian.claassen@kmobb.com

Attorneys for Defendants, Masimo Corporation and Cercacor Laboratories, Inc.

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this Stipulation and [Proposed] Order to Reschedule the Case Management Conference from Bruce J. Wecker, Counsel for Plaintiff Dominion Assets LLC, the signatory to this document.

Dated: September 12, 2014    By: */s/ Irfan A. Lateef*
                                  Joseph R. Re
                                  Stephen C. Jensen
                                  Irfan A. Lateef
                                  Brian C. Claassen
                                  KNOBBE, MARTENS, OLSON & BEAR, LLP
                                  2040 Main Street, Fourteenth Floor
                                  Irvine, CA  92614
                                  Telephone:  (949) 760-0404
                                  Facsimile:  (949) 760-9502
                                  joseph.re@knobbe.com
                                  stephen.jensen@knobbe.com
                                  irfan.lateef@knobbe.com
                                  brian.claassen@knobbe.com

                                  Attorneys for Defendants, Masimo Corporation
                                  and Cercacor Laboratories, Inc.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: September 12, 2014     By: _____/s/ Beth Labson Freeman_____
                                   HON. BETH LABSON FREEMAN
                                   UNITED STATES DISTRICT JUDGE