Bruce J. Wecker (SBN 078530)
Christopher L. Lebsock (SBN 184546)
**HAUSFELD LLP**
44 Montgomery St. Suite 3400
San Francisco, CA 94104
Tel: (415) 633 – 1908
Fax: (415) 358 – 4980
bwecker@hausfeldllp.com
clebsock@hausfeldllp.com
ROBERT J. YORIO (SBN 93178)
**CARR & FERREL LLP**
120 Constitution Drive
Menlo Park, CA 94025
Tel: (650) 812 – 3400
Fax: (65) 812 – 3444
Attorneys for Plaintiff,
Dominion Assets LLC

Joseph R. Re (Bar No. 134479)
Stephen C. Jensen (Bar No. 149894)
Irfan A. Lateef (Bar No. 204004)
Brian C. Claassen (Bar No. 253627)
**KNOBBE, MARTENS, OLSON
  & BEAR, LLP**
2040 Main Street,
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
joseph.re@knobbe.com
stephen.jensen@knobbe.com
irfan.lateef@knobbe.com
brian.claassen@knobbe.com

Attorneys for Defendants, Masimo
Corporation and Cercacor Laboratories, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINION ASSETS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MASIMO CORPORATION, a Delaware corporation, and CERCACOR LABORATORIES, INC., a Delaware corporation;<br>Defendants. | Case No.: 5:14-cv-03002 BLF (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING A CLAIM CONSTRUCTION HEARING, TUTORIAL AND BRIEFING SCHEDULE**<br><br>Hearing: Claim Construction<br>Judge: Beth Labson Freeman<br>Date: February 6, 2015<br>Time: 9:00 a.m. |

Having been informed of this Court's availability for a Claim Construction Hearing on either January 30, 2015 or February 6, 2015, the parties, Plaintiff Dominion Assets LLC ("Plaintiff") and Defendants Masimo Corporation and Cercacor Laboratories, Inc. ("Defendants"), through their respective attorneys of record, hereby stipulate to the schedule below for claim construction hearing, tutorial, and briefing.

| PARTY | DEADLINE DESCRIPTION | DUE DATE |
|---|---|---|
| Plaintiff | Opening Claim Construction Brief | November 17, 2014 |
| Defendants | Claim Construction Opposition Brief | December 21, 2014 |
| Plaintiff | Claim Construction Reply Brief | January 7, 2015 |
| COURT | Claim Construction Tutorial | Friday, January 30, 2015 at 9:00 a.m. |
| COURT | Claim Construction Hearing | Friday, February 6, 2015 at 9:00 a.m. |

/ / /

/ / /

JOINT STIPULATION AND [PROPOSED] ORDER SETTING A CLAIM CONSTRUCTION HEARING, TUTORIAL AND BRIEFING SCHEDULE

Case No. 5:14-cv-03002 BLF (MEJ)

-1-

The parties respectfully request that this Court enter the proposed schedule.

Respectfully submitted,

**HAUSFELD LLP**

Dated: November 17, 2014          By: */s/ Bruce J. Wecker*
    Bruce J. Wecker, Esq.
    Christopher L. Lebsock, Esq.
    HAUSFELD LLP
    44 Montgomery Street
    Suite 3400
    San Francisco, CA 94104
    Telephone: (415) 633-1908
    Facsimile (415) 358-4980
    bwecker@hausfeldllp.com
    clebsock@hausfeldllp.com

Attorneys for Plaintiff Dominion Assets LLC

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: November 17, 2014          By: */s/ Irfan A. Lateef*
    Joseph R. Re
    Stephen C. Jensen
    Irfan A. Lateef
    Brian C. Claassen
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
    Irvine, CA  92614
    Telephone:  (949) 760-0404
    Facsimile:  (949) 760-9502
    joseph.re@kmob.com
    stephen.jensen@kmob.com
    irfan.lateef@kmob.com
    brian.claassen@kmobb.com

Attorneys for Defendants, Masimo Corporation and Cercacor Laboratories, Inc.

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this **JOINT STIPULATION AND [PROPOSED] ORDER SETTING A CLAIM CONSTRUCTION HEARING, TUTORIAL AND BRIEFING SCHEDULE** from Bruce J. Wecker, Counsel for Plaintiff Dominion Assets LLC, the signatory to this document.

Dated: November 17, 2014         By: */s/ Irfan A. Lateef*
                                     Joseph R. Re
                                     Stephen C. Jensen
                                     Irfan A. Lateef
                                     Brian C. Claassen
                                     KNOBBE, MARTENS, OLSON & BEAR, LLP
                                     2040 Main Street, Fourteenth Floor
                                     Irvine, CA  92614
                                     Telephone:  (949) 760-0404
                                     Facsimile:  (949) 760-9502
                                     joseph.re@knobbe.com
                                     stephen.jensen@knobbe.com
                                     irfan.lateef@knobbe.com
                                     brian.claassen@knobbe.com

                                     Attorneys for Defendants, Masimo Corporation
                                     and Cercacor Laboratories, Inc.

1 **<u>ORDER</u>**

2 PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

3 Dated: <u>November 18, 2014</u>   By: _____
4                                     HON. BETH LABSON FREEMAN
5                                     UNITED STATES DISTRICT JUDGE