Bruce J. Wecker (SBN 078530)
Christopher L. Lebsock (SBN 184546)
**HAUSFELD LLP**
44 Montgomery St. Suite 3400
San Francisco, CA 94104
Tel: (415) 633 – 1908
Fax: (415) 358 – 4980
bwecker@hausfeldllp.com
clebsock@hausfeldllp.com


ROBERT J. YORIO (SBN 93178)
**CARR & FERREL LLP**
120 Constitution Drive
Menlo Park, CA 94025
Tel: (650) 812 – 3400
Fax: (65) 812 – 3444

Attorneys for Plaintiff
Dominion Assets LLC

Joseph R. Re (Bar No. 134479)
Stephen C. Jensen (Bar No. 149894)
Irfan A. Lateef (Bar No. 204004)
Brian C. Claassen (Bar No. 253627)
**KNOBBE, MARTENS, OLSON
 & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
joseph.re@knobbe.com
stephen.jensen@knobbe.com
irfan.lateef@knobbe.com
brian.claassen@knobbe.com

Attorneys for Defendants Masimo Corporation
and Cercacor Laboratories, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINION ASSETS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MASIMO CORPORATION, a Delaware corporation, and CERCACOR LABORATORIES, INC., a Delaware corporation;<br><br>Defendants. | Case No.: 5:14-cv-03002 BLF (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE TO AUGUST 13, 2015**<br><br>Hearing: Case Management Conference<br><br>Judge:   Beth Labson Freeman<br><br>Date:    May 28, 2015<br><br>Time:    1:30 pm |

This Court's has set a Case Management Conference for Thursday May 28, 2015 in an Order dated April 28, 2015. Pursuant to Judge Freeman's Standing Case Management Order and Civil L.R. 16-2(e), the parties, Plaintiff Dominion Assets LLC ("Plaintiff") and

-1-

JOINT STIPULATION AND [PROPOSED] ORDER                                     Case No. 5:14-cv-03002 BLF (MEJ)
TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  Defendants Masimo Corporation and Cercacor Laboratories, Inc. ("Defendants"), through
2  their respective attorneys of record, hereby agree and stipulate to respectfully request this
3  Court to reschedule the Case Management Conference from May 28, 2015 to Thursday,
4  August 13, 2015. Further, the parties request that the deadline for their Case Management
5  Conference Statement be extended to seven days before the Case Management Conference to
6  Thursday, August 6, 2015.

7  The Parties have been cooperating regarding the Case Management Statement,
8  alternative dispute resolution, and identifying the issues remaining in the case.

9  Plaintiff's primary counsel, undersigned, recently learned of a medical issue that
10 requires his attention beginning on the currently scheduled day for the Case Management
11 Conference.

12 Defendants do not oppose an extension of the schedule to accommodate Plaintiff's
13 counsel's schedule.

14 Pursuant to Civil L. R. 6-2 and 7-12, the Parties hereby stipulate and move the Court
15 for an Order extending the Case Management Conference to Thursday, August 13, 2015.  The
16 Parties also respectfully request permission for relief from the Civil L.R. 6-1(b)'s requirement
17 that a request affecting the Court's calendar be filed no later than 14 days before the
18 scheduled event in the present circumstance.

-2-

Respectfully submitted,
**HAUSFELD LLP**

Dated: May 19, 2015        By: */s/ Bruce J. Wecker*
                           Bruce J. Wecker, Esq.
                           Christopher L. Lebsock, Esq.
                           HAUSFELD LLP
                           44 Montgomery Street
                           Suite 3400
                           San Francisco, CA 94104
                           Telephone: (415) 633-1908
                           Facsimile (415) 358-4980
                           bwecker@hausfeldllp.com
                           clebsock@hausfeldllp.com

                           Attorneys for Plaintiff Dominion Assets LLC


**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: May 19, 2015        By: */s/ Irfan A. Lateef*
                           Joseph R. Re
                           Stephen C. Jensen
                           Irfan A. Lateef
                           Brian C. Claassen
                           KNOBBE, MARTENS, OLSON & BEAR, LLP
                           2040 Main Street, Fourteenth Floor
                           Irvine, CA  92614
                           Telephone:  (949) 760-0404
                           Facsimile:  (949) 760-9502
                           joseph.re@kmob.com
                           stephen.jensen@kmob.com
                           irfan.lateef@kmob.com
                           brian.claassen@kmobb.com

                           Attorneys for Defendants, Masimo Corporation
                           and Cercacor Laboratories, Inc.

-3-

JOINT STIPULATION AND **[PROPOSED]** ORDER                Case No.  5:14-cv-03002 BLF (MEJ)
TO RESCHEDULE CASE MANAGEMENT CONFERENCE

**ECF CERTIFICATION**

Pursuant to Civil Local Rule No. 5-1(i)(3), the filing attorney attests that he has obtained concurrence from Irfan A. Lateef, Counsel for Defendants Masimo Corporation and Cercacor Laboratories, Inc. regarding the filing of this Stipulation and [Proposed] Order to Reschedule the Case Management Conference document from the signatories to the document.

Dated: May 19, 2015

By: */s/ Bruce J. Wecker*
Bruce J. Wecker, Esq.
Christopher L. Lebsock, Esq.
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile (415) 358-4980
bwecker@hausfeldllp.com
clebsock@hausfeldllp.com

Attorneys for Plaintiff Dominion Assets LLC

-4-

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 5:14-cv-03002 BLF (MEJ)
TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  **ORDER**

2  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

3
4  Dated: May 20, 2015     By: /s/ Beth Labson Freeman
                                HON. BETH LABSON FREEMAN
5                               UNITED STATES DISTRICT JUDGE