UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINION ASSETS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-03002-BLF<br><br>**ORDER ADVANCING HEARING DATE ON *DAUBERT* MOTIONS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Upon further consideration after the August 13, 2015 Case Management Conference, the Court has determined that it would benefit the parties and aid the Court to hear any *Daubert* motions well before the pretrial conference. Accordingly, the *Daubert* motions hearing date previously set for January 26, 2017 is hereby advanced to **October 13, 2016 at 9:00 a.m.** in Courtroom 3, 5th Floor, San Jose. As with the summary judgment motions, this hearing date is reserved, but a party may choose to file its motion earlier subject to availability on the Court's regular calendar. The *Daubert* motions are presumed to be capable of disposition on the papers. If it appears that live testimony will be required in order to qualify an expert witness, the parties shall confer and jointly request a pretrial *Daubert* hearing.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge