1

2

3                    **UNITED STATES DISTRICT COURT**

4                  **NORTHERN DISTRICT OF CALIFORNIA**

5                        **SAN JOSE DIVISION**

6

7    DOMINION ASSETS LLC,                    Case No.  14-cv-03002-BLF

          Plaintiff,

8

          v.                                **ORDER RE SEALING MOTION**

9
                                             [Re: ECF 78]
10   MASIMO CORPORATION, et al.,

          Defendants.

11

12

13          This order specifically addresses Defendants' renewed administrative motion to file under

14   seal portions of an exhibit in relation to their motion for summary judgment.  For the reasons

15   stated below, the motion is GRANTED.

16   **I.   LEGAL STANDARD**

17          "Historically, courts have recognized a 'general right to inspect and copy public records

18   and documents, including judicial records and documents.'"  *Kamakana v. City & Cnty. of*

19   *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435

20   U.S. 589, 597 & n.7 (1978)).  Consequently, access to motions and their attachments that are

21   "more than tangentially related to the merits of a case" may be sealed only upon a showing of

22   "compelling reasons" for sealing.  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092,

23   1101-02 (9th Cir. 2016).  Filings that are only tangentially related to the merits may be sealed

24   upon a lesser showing of "good cause."  *Id.* at 1097.  In addition, sealing motions filed in this

25   district must be "narrowly tailored to seek sealing only of sealable material."  Civil L.R. 79-5(b).

26   A party moving to seal a document in whole or in part must file a declaration establishing that the

27   identified material is "sealable."  Civ. L.R. 79-5(d)(1)(A).  "Reference to a stipulation or

28   protective order that allows a party to designate certain documents as confidential is not sufficient

*United States District Court*
*Northern District of California*

1   to establish that a document, or portions thereof, are sealable." *Id.*

2   **II.   DISCUSSION**

3         Defendants move to seal portions of pages 11-12, 19-22, 24-26, 28-32, 35-42, 44-45, 47,

4   49-65 and 69-71 of their Exhibit H to the Declaration of Brian C. Claassen in Support of

5   Defendants Masimo Corporation and Cercacor Laboratories Inc.'s Motion for Summary Judgment

6   of Noninfringement and Invalidity.  ECF 78 at 3.  This information has been designated

7   confidential by Defendants.  *Id.*  As the designating party, Defendants filed a declaration

8   indicating that this material contains trade secret technical information regarding the operation of

9   the accused products.  Claassen Decl. ¶¶ 4-6, ECF 78-1.  Defendants' declaration also indicates

10  that this material includes quotations from U.S. Patent Application No. 11/367,017, which is a

11  patent application filed with a non-publication request pursuant to 35 U.S.C. § 122(b)(2)(B)(i).

12  Claassen Decl. ¶ 7, ECF 78-1.  The Court finds the sealing request to be narrowly tailored.

13  Accordingly, the Court GRANTS Defendants' motion to seal.

14        **IT IS SO ORDERED.**

15

16  Dated: November 9, 2016

17

18  BETH LABSON FREEMAN
    United States District Judge

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California