# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DOMINION ASSETS LLC,

    Plaintiff,

v.

MASIMO CORPORATION, et al.,

    Defendants.

Case No. 14-cv-03002-BLF

**ORDER RE REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than January 27, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on January 27, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: January 20, 2017

_____
BETH LABSON FREEMAN
United States District Judge