UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINION ASSETS LLC,<br>  Plaintiff,<br> v.<br>MASIMO CORPORATION, et al.,<br>  Defendants. | Case No. 14-cv-03002-BLF (MEJ)<br>**DISCOVERY ORDER**<br>Re: Dkt. No. 99 |

The parties have filed a joint discovery letter regarding Plaintiff Dominion Assets LLC's deposition of James Brasch, nearly two years after discovery closed on October 30, 2015. Jt. Ltr., Dkt. No. 99; *see* Dkt. No. 58 ¶ 8 & Attachment A (listing Stipulated discovery cut off); *see also* Jt. Case Management Statement at 1 ("Discovery has concluded and Defendants' motion for summary judgment is currently pending"), Dkt. No. 88. The Presiding Judge, the Honorable Beth Labson Freeman, did not address discovery deadlines in her subsequent case management orders, but scheduled deadlines for dispositive and Daubert motion hearings and trial, without extending or reopening discovery. *See, e.g.*, Case Management Order at 1 (listing fact and expert discovery cut-offs as "n/a"), Dkt. No. 61; Order Granting Stip., Dkt. No. 71. Because it appears Judge Freeman considers discovery closed, unless and until Dominion seeks and Judge Freeman grants an extension of the discovery deadline, or Judge Freeman confirms discovery is not in fact closed, the undersigned will not consider ordering additional discovery.

**IT IS SO ORDERED.**

Dated: September 12, 2017

              _____
              MARIA-ELENA JAMES
              United States Magistrate Judge